C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646

Attorney for Defendant
ANDREY YEUCHUK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  CR.S-03-490 GEB |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER |
| vs. | |
| ,ANDREY YEUCHUK, | |
| Defendant. | |

STIPULATION

    This matter is currently scheduled for Status Conference on April 29, 2005, at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr. I have contacted counsel for the United States, AUSA Daniel Linhardt, and he has agreed, subject to the Court's approval, to Continue this matter until June 3, 2005, at 9:00 a.m. I have also contacted the Defendant, ANDREY YEUCHUK, and he has agreed, subject to the Court's approval, to continue this Matter until the above date.

    My investigator and I have met with our expert, and have given him certain medical documents to review  to assist us in preparing this case. We have also provided him a list of all documents and reports we have been provided by the Government, and by the Department of Health Services subject to our subpoenas. He has informed us that there are additional documents, audits, investigator's notes, that we will need to properly prepare the case for the

defense. We have issued a subpoena, and served it on the Department of Health Services for the state of California, Division of Audits and Investigations. We are now negotiating with their attorneys for additional discovery documents that are necessary to further prepare the defense in this case. My investigator and I continue to work diligently to prepare the defense in this case.

All parties and the Defendant hereby stipulate to a continuance of the Status Conference now scheduled for April 29, 2005, at 9:00 a.m., to June 3, 2005, at 9:00 a.m., in the Courtroom of the Honorable Garland E. Burrell, Jr. They further stipulate to the exclusion of time through that date pursuant to Local Code T-4, as the continuance is necessary for preparation of counsel.

DATED:   4/27/05

/s/ C. EMMETT MAHLE
C. EMMETT MAHLE
Attorney for Defendant
ANDREY YEUCHUK

DATED:   4/27/05

/s/ DANIEL LINHARDT
DANIEL LINHARDT
Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, and by stipulation of counsel and the defendant, the Status Conference now scheduled for April 29, 2005 at 9:00 a.m. is hereby continued to June 3, 2005, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr.   Time is excluded through that date pursuant to Local Code T-4.

DATED:  4/28/2005

/s/ Garland E. Burrell, Jr.

GARLAND E. BURRELL, JR.
United States District Judge