```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  DANIEL LINHARDT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770
 5
 6
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,     )
                                  )  CR. NO. S-03-490 GEB
13            Plaintiff,          )
                                  )  GOVERNMENT'S MOTION TO
14       v.                       )  DISMISS INDICTMENT AND
                                  )  PROPOSED ORDER
15  ANDREY YEUCHUK,               )
                                  )
16            Defendant.          )
    _____)
17
18
```

19     The United States of America by and through the
20 undersigned Assistant United States Attorney hereby moves to
21 dismiss the above entitled case.  Since indicting the case
22 the government has had discussion with defense counsel, C.
23 Emmette Mahle.  During these discussions Mr. Mahle has
24 brought certain matters to the government's attention about
25 which the government was not aware.  Based upon this new
26 information the government now has reason to question the
27 guilt of the defendant.  Under these circumstances the
28 government cannot, in good conscience, maintain this

1

1  indictment.  Accordingly, the government moves this Court to
2  dismiss the indictment against the above-entitled defendant.

5  Dated: _____                    Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                        By:/s/ Daniel S. Linhardt
                                        DANIEL S. LINHARDT
                                        Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:  May 12, 2005

                     /s/ Garland E. Burrell, Jr.
                     GARLAND E. BURRELL, JR.
                     United States District Judge