C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
(916) 442-1924(Fax)

Attorney for Defendant
ANDREY YEUCHUK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>ANDREY YEUCHUK,<br><br>      Defendant | Case No.: 2:03-C.R.-490<br><br>REQUEST FOR ORDER AND (PROPOSED) ORDER EXONERATING BOND<br><br><br><br>JUDGE: GARLAND E. BURRELL, JR. |

    On or about December 3, 2003, a $5,000.00 cash appearance bond was posted on behalf of Defendant Andrey Yeuchuk (shown on bond as Andrey Yerchuk), in case number Cr.S-03-490 GEB. Mr. Yeuchuk had been arrested in this district based upon an indictment filed in this district.

    On May 5, 2005, the case against Mr. Yeuchuk was dismissed. It is hereby requested that the $5,000.00 cash bail be exonerated.

    Dated:_____               Respectfully submitted,

                                              /S/ C. Emmett Mahle
                                              C. Emmett Mahle
                                              Attorney for Defendant
                                              ANDREY YEUCHUK

## **(PROPOSED) ORDER**

**IT IS HEREBY ORDERED** that the cash bail in the amount of $5,000.00 posted by Yegeniya Dukhovnaya in the above-entitled action is hereby exonerated.

DATED:  October 5, 2005                    /s/ Garland E. Burrell, Jr.
                                           GARLAND E. BURRELL, JR.
                                           United States District Judge